# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. 3187     & Title - **IN RE**: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached Schedule A.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached Schedule of Related Actions

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 04/01/2026 | /s/ Mark Ford |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Mark A. Ford
Wilmer Cutler Picker Dorr and Hale LLP
60 State Street, Boston, MA 02109

Telephone No.: (617) 526-6000          Fax No.: (617) 526-5000

Email Address: Mark.Ford@wilmerhale.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. 3187 |

## SCHEDULE A

| | Parties Represented | Case Caption |
|---|---|---|
| **1.** | Defendant The Mosaic Company | *Jakob Stevens & Kyli Knickerbocker Stevens d/b/a Fire Creek Farms v. Nutrien AG Solutions et al.*, No. 1:26-cv-02585 (N.D. Il.) <br> *Union Line Farms, Inc. v. The Mosaic Company et al.*, No. 1:26-cv-01043 (D. Co.) <br> *Melina Matson v. Koch Fertilizer, LLC et al.*, No. 2:26-cv-02146 (D. Kan.) <br> *IIHAB Partnership v. Nutrien Ltd. et al.*, No. 4:26-cv-00221 (D. Mo.) <br> *Michael Rumbold v. Nutrien AG Solutions, Inc. et al.*, No. 1:26-cv-03051 (N.D. Il.) <br> *Jason Buckman Farms, LLC v. Canpotex Ltd. et al.*, No. 2:26-cv-04063 (D. Mo.) <br> *Wendelken Farms, LC v. Koch Fertilizer, LLC et al.*, No. 2:26-cv-02164 (D. Kan.) |
| **2.** | Defendant Mosaic Fertilizer, LLC | *IIHAB Partnership v. Nutrien Ltd. et al.*, No. 4:26-cv-00221 (D. Mo.) |

Dated: April 1, 2026

Respectfully submitted,

By: */s/ Mark A. Ford*
Mark A. Ford (Ma. 659009)
WILMER CUTLER PICKERING DORR AND HALE LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000
Mark.Ford@wilmerhale.com

*Counsel for Defendants The Mosaic Company and Mosaic Fertilizer, LLC*

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. 3187 |

**SCHEDULE OF RELATED ACTIONS**

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** UNION LINE FARMS, INC. v. **Defendants:** THE MOSAIC COMPANY; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES, INC.; CF INDUSTRIES NITROGEN, LLC; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; and CANPOTEX LTD. | District of Colorado (Denver) | 1:26-cv-01043 | Susan Prose |
| B | **Plaintiff:** JAKOB STEVENS AND KYLI KNICKERBOCKER STEVENS D/B/A FIRE CREEK FARMS v. **Defendants:** NUTRIEN AG SOLUTIONS; CF INDUSTRIES HOLDINGS, INC.; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; THE MOSAIC CO.; AND CANPOTEX LTD. | Northern District of Illinois (Chicago) | 1:26-cv-02585 | Elaine E. Bucklo |
| C | **Plaintiff:** MICHAEL RUMBOLD | Northern District of Illinois | 1:26-cv-03051 | Matthew F. Kennelly |

|  | | | | |
|---|---|---|---|---|
|  | v.<br>**Defendants:** NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDINGS; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; THE MOSAIC CO.; AND CANPOTEX LTD., | (Chicago) | | |
| **D** | **Plaintiff:** MELINDA MATSON<br>v.<br>**Defendants:** KOCH FERTILIZER, LLC; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; THE MOSAIC CO.; CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES INC.; CF NITROGEN, LLC; YARA INTERNATIONAL ASA; and YARA NORTH AMERICA, INC. | District of Kansas (Kansas City) | 2:26-cv-02146 | Eric F. Melgren |
| **E** | **Plaintiff:** IIHAB PARTNERSHIP<br>v.<br>**Defendants:** NUTRIEN LTD.; NUTRIEN AG SOLUTIONS; THE MOSAIC CO.; MOSAIC FERTILIZER, LLC; CF INDUSTRIES HOLDINGS, INC.; KOCH INDUSTRIES, LLC; KOCH AG & ENERGY SOLUTIONS, LLC; KOCH FERTILIZER WEVER, LLC; KOCH AGRONOMIC SERVICES, LLC; KOCH FERTILIZER, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; CANPOTEX LTD.; | Western District of Missouri (Kansas City) | 4:26-cv-00221 | David Gregory Kays |

2

| | | | | |
|---|---|---|---|---|
| | INTERNATIONAL FERTILIZER ASSOCIATION; AND THE FERTILIZER INSTITUTE, | | | |
| F | **Plaintiffs:** JASON BUCKMAN FARMS, LLC<br>v.<br>**Defendants:** CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN AG SOLUTIONS; THE MOSAIC CO.; and YARA INTERNATIONAL ASA | Western District of Missouri (Kansas City) | 2:26-cv-04063 | Willie J. Epps, Jr. |
| G | **Plaintiffs:** WENDELKEN FARMS LC<br>v.<br>**Defendants:** KOCH FERTILIZER, LLC; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC., THE MOSAIC COMPANY; CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES INC.; CF INDUSTRIES NITROGEN, LLC; YARA INTERNATIONAL ASA; and YARA NORTH AMERICA, INC. | District of Kansas (Kansas City) | 2:26-cv-02164 | Julie A. Robinson |

Dated: April 1, 2026

Respectfully submitted,

By: */s/ Mark A. Ford*
Mark A. Ford (Ma. 659009)
WILMER CUTLER PICKERING DORR AND HALE LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000
Mark.Ford@wilmerhale.com

3