# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. __3187__    & Title - **IN RE**: NPK Fertilizer Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Please see attached

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Please see attached

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 4/8/2026 | /s/ *Michael D. Bonanno* |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Michael D. Bonanno
555 13th Street NW, Suite 600
Washington, D.C. 20004

Telephone No.: (202) 538-8000          Fax No.: (202) 538-8100

Email Address: mikebonanno@quinnemanuel.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**Schedule A: Parties Represented**

| Plaintiff/Defendant | Party Name |
| --- | --- |
| Defendant | Koch Agronomic Services, LLC |
| Defendant | Koch Industries, LLC |
| Defendant | Koch AG & Energy Solutions, LLC |
| Defendant | Koch Fertilizer Wever, LLC |
| Defendant | Koch Fertilizer, LLC |
| Defendant | Koch, Inc. |

**Schedule B: Schedule of Actions**

| Lead Named Plaintiff | Civil Action No. | District |
|---|---|---|
| Jakob Stevens (d/b/a Fire Creek Farms) | 1:26-cv-02585 | N.D. Ill. |
| Union Line Farms, Inc. | 1:26-cv-01043 | D. Colo. |
| IIHAB Partnership | 4:26-cv-00221 | W.D. Mo. |
| Melinda Matson | 2:26-cv-02146 | D. Kan. |
| Michael Rumbold | 1:26-cv-03051 | N.D. Ill. |
| Jason Buckman Farms, LLC | 2:26-cv-04063 | W.D. Mo. |
| Wendelken Farm, LC | 2:26-cv-02164 | D. Kan. |
| Davis Ehrsam Farms, LLC | 2:26-cv-02175 | D. Kan. |
| Casey Carroll | 1:26-cv-03745 | N.D. Ill. |
| David Polifka | 2:26-cv-02179 | D. Kan. |
| Bradley Samuelson | 3:26-cv-02970 | N.D. Cal. |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

NPK Fertilizer Antitrust Litigation

MDL No. 3187

**CERTIFICATE OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned herby certifies that on April 8, 2026, a copy of the foregoing notice of appearance was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 8, 2026 I caused the foregoing to be served via Electronic Mail to counsel listed below.

Respectfully submitted,

*/s/ Michael D. Bonanno*
Michael Bonanno
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Phone: (202) 538-8000
Fax: (202) 538-8100
Email: mikebonanno@quinnemanuel.com

1

| *Stevens, et al. v. Nutrien AG Solutions, et al.* | |
| No. 1:26-cv-02585 (N.D. Ill.) | |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Linda P. Nussbaum<br>**Nussbaum Law Group, P.C.**<br>1133 Avenue of the Americas<br>31th Floor<br>New York, NY 10036-6710<br>917-438-9189<br>Email: lnussbaum@nussbaumpc.com | *Nutrien AG Solutions*<br><br>David C Kiernan<br>**Jones Day**<br>555 California St<br>26th FL<br>San Francisco, CA 94104<br>(415) 626-3939<br>Email: dkiernan@jonesday.com |
| Marco Cercone<br>**Rupp Pfalzgraf LLC**<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>716-854-3400<br>Email: cercone@rupppfalzgraf.com | Eddie Hasdoo<br>**Jones Day**<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>312-269-4214<br>Email: ehasdoo@jonesday.com |
| Gary M. Klinger<br>**Milberg PLLC**<br>227 W. Monroe Street<br>Suite 2100<br>Chicago, IL 60606<br>866-252-0878<br>Email: gklinger@milberg.com | Paxton J. Lozano<br>**Jones Day - Chicago**<br>110 N. Wacker Drive<br>Ste 4800<br>Chicago, IL 60606<br>312-269-4277<br>Email: plozano@jonesday.com<br>*CF Industries Holdings, Inc.*<br><br>Daniel E. Laytin<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>312-862-2198<br>Fax: 312-862-2200<br>Email: dlaytin@kirkland.com<br><br>Alyssa C. Kalisky<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>312-862-2506<br>Email: alyssa.kalisky@kirkland.com |

2

| *Stevens, et al. v. Nutrien AG Solutions, et al.* No. 1:26-cv-02585 (N.D. Ill.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| | Christa Cynthia Cottrell **Kirkland & Ellis LLP** 300 North LaSalle Street Chicago, IL 60654 (312) 862-7075 Email: ccottrell@kirkland.com |
| | *The Mosaic Co.* |
| | Britt Marie Miller **Mayer Brown LLP** 71 South Wacker Drive Chicago, IL 60606 (312) 782-0600 Fax: Not a member Email: bmiller@mayerbrown.com |
| | Daniel Kelly Storino **Mayer Brown LLP** 71 South Wacker Drive Chicago, IL 60606 312 701 7686 Fax: Not a member Email: courtnotification@mayerbrown.com |

3

| *Rumbold v. Nutrien AG Solutions, et al.*<br>No. 1:26-cv-03051 (N.D. Ill.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Gary M. Klinger<br>**Milberg PLLC**<br>227 W. Monroe Street<br>Suite 2100<br>Chicago, IL 60606<br>866-252-0878<br>Email: gklinger@milberg.com | *CF Industries Holdings*<br><br>Daniel E. Laytin<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>312-862-2198<br>Fax: 312-862-2200<br>Email: dlaytin@kirkland.com<br><br>Alyssa C. Kalisky<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>312-862-2506<br>Email: alyssa.kalisky@kirkland.com<br><br>Christa Cynthia Cottrell<br>**Kirkland & Ellis LLP**<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-7075<br>Fax: Not a member<br>Email: ccottrell@kirkland.com |

| *IIHAB Partnership v. Nutrien LTD, et al.*<br>No. 4:26-cv-00221-DGK (W.D. Mo.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Bryan White<br>**White Graham Buckley & Carr, LLC**<br>19049 East Valley View Parkway<br>Suite C<br>Independence, MO 64055<br>(816) 373-9080<br>Fax: (816) 373-9319<br>Email: bwhite@wagblaw.com | *CF Industries Holdings, Inc.*<br><br>Elizabeth Marden<br>**Kirkland & Ellis - Chicago**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>913-526-3900<br>Email: libby.marden@kirkland.com |

| *IIHAB Partnership v. Nutrien LTD, et al.* No. 4:26-cv-00221-DGK (W.D. Mo.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |

**Plaintiff's Counsel**

Lindsey E. Graham
2525 Ponce de Leon Blvd
9th Floor
Coral Gables, FL 33134
305-372-1800
Email: lgraham@kttlaw.com

Benjamin Widlanski
**Kozyak Tropin & Throckmorton**
2525 Ponce De Leon Boulevard
Ste 9th Floor
Miami, FL 33134
305-372-1800
Fax: 305-372-3508
Email: bwidlanski@kttlaw.com

Brandon M. Sadowsky
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134
305-372-1800
Email: bsadowsky@kttlaw.com

Cadio Zirpoli
**Saveri Law Firm, LLP**
550 California St
Ste 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: czirpoli@saverilawfirm.com

Clayton Jones
**Clayton A. Jones, Attorney at Law**
P.O. Box 257
Raymore, MO 64083
816-318-4266
Fax: 816-318-4267
Email: clayton@claytonjoneslaw.com

5

***IIHAB Partnership v. Nutrien LTD, et al.***
No. 4:26-cv-00221-DGK (W.D. Mo.)

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|

**Plaintiff's Counsel**

Diane S. Rice
**Saveri Law Firm, LLP**
550 California Street
Ste 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: drice@saverilawfirm.com

Gene P. Graham , Jr.
**White, Graham, Buckley & Carr, LLC**
19049 East Valley View Parkway
Suite C
Independence, MO 64055
(816) 373-9080
Fax: (816)373-9319
Email: ggraham@wagblaw.com

Joseph R. Saveri
**Saveri Law Firm, LLP**
550 California St.
Suite 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com

***Jason Buckman Farms, LLC v. Canpotex Limited, et al.***
No. 2:26-cv-04063-WJE (W.D. Mo.)

**Plaintiff's Counsel**                          **Defendants' Counsel**

Richard M. Paul , III                            *CF Industries Holdings, Inc.*
**Paul LLP**
600 Broadway Boulevard                           Elizabeth Marden
Suite 600                                        **Kirkland & Ellis - Chicago**
Kansas City, MO 64105                            333 West Wolf Point Plaza
816-984-8100                                     Chicago, IL 60654
Email: Rick@PaulLLP.com                          913-526-3900
                                                 Email: libby.marden@kirkland.com

6

| *Union Line Farms, Inc. v. The Mosaic Company, et al.*<br>No. 1:26-cv-01043-SBP (D. Colo.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Adam J. Levitt<br>**DiCello Levitt LLP**<br>10 North Dearborn Street<br>6th Floor<br>Chicago, IL 60602<br>312-214-7900<br>Email: alevitt@dicellolevitt.com | *The Mosaic Company*<br><br>Mark A. Ford<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>60 State Street<br>Boston, MA 02109<br>617-526-6423<br>Email: Mark.Ford@wilmerhale.com |
| Eric R. Olson<br>**Olson Grimsley Kawanabe Hinchcliff & Murray LLC**<br>700 17th Street<br>Suite 1600<br>Denver, CO 80202<br>303-535-9151<br>Email: eolson@olsongrimsley.com | *Nutrien Ag Solutions, Inc.*<br><br>Kristin Kate Zinsmaster<br>**Jones Day**<br>90 South 7th Street<br>Suite 4950<br>Minneapolis, MN 55402<br>612-605-6210<br>Fax: 612-605-6001<br>Email: kzinsmaster@jonesday.com |
| Gregory S. Asciolla<br>**DiCello Levitt LLP**<br>485 Lexington Avenue<br>Suite 1001<br>New York, NY 10017<br>646-933-1000<br>Fax: 646-494-9648<br>Email: gasciolla@dicellolevitt.com | *CF Industries Holdings, Inc. and  CF Industries, Inc.*<br><br>Christa C. Cottrell<br>**Kirkland & Ellis LLP**<br>300 North Lasalle<br>Chicago, IL 60654<br>312-862-2000<br>Fax: 312-862-2200<br>Email: ccottrell@kirkland.com |
| Theodore Salem-Mackall<br>**DiCello Levitt LLP**<br>485 Lexington Avenue<br>Suite 1001<br>New York, NY 10017<br>646-933-1000<br>Email: tsalemmackall@dicellolevitt.com | Daniel Edward Laytin<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>312-862-2198<br>Fax: 312-862-2200<br>Email: daniel.laytin@kirkland.com |

| *Union Line Farms, Inc. v. The Mosaic Company, et al.* |
|---|
| No. 1:26-cv-01043-SBP (D. Colo.) |

**Plaintiff's Counsel**

Jonathan S. Crevier
**DiCello Levitt LLP**
6645 South Cherry Way
Centennial, CO 80121
860-680-2285
Fax: 646-494-9648
Email: jcrevier@dicellolevitt.com

**Defendants' Counsel**

*Yara North America, Inc.*

Eitan Berkowitz
**Freshfields US LLP**
One Bush Street
17th Floor
San Francisco, CA 94104
415-400-2138
Email: tani.berkowitz@freshfields.com

Heather P. Lamberg
**Freshfields US LLP**
700 13th Street NW
10th Floor
Washington, DC 20005
202-777-4500
Email: heather.lamberg@freshfields.com

Manish Kumar
**Freshfields US LLP**
One Bush Street
17th Floor
San Francisco, CA 94104
415-400-2137
Email: manish.kumar@freshfields.com

8

| *Matson v. Koch Fertilizer, LLC, et al.*<br>No. 2:26-cv-02146 (D. Kan.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Hammons P. Hepner<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Email: hhepner@midwest-law.com | *CF Industries Holdings, Inc., CF Industries,*<br>*Inc., and CF Nitrogen, LLC*<br><br>Elizabeth Marden<br>**Kirkland & Ellis - Chicago**<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>913-526-3900<br>Email: libby.marden@kirkland.com |
| Isaac L. Diel<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-661-9931<br>Fax: 913-901-0419<br>Email: idiel@midwest-law.com | |
| Rex A. Sharp<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Fax: 913-901-0419<br>Email: rsharp@midwest-law.com | |

| *Wendelken Farms, LC v. Koch Fertilizer, LLC, et al.*<br>No. 2:26-cv-02164 (D. Kan.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Alexandra S. Bernay<br>**Robbins Geller Rudman & Dowd LLP**<br>655 W Broadway<br>Ste 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: xanb@rgrdlaw.com | |

9

| *Wendelken Farms, LC v. Koch Fertilizer, LLC, et al.*<br>No. 2:26-cv-02164 (D. Kan.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |

Anny M. Martin
**Robbins Geller Rudman & Dowd LLP**
225 NE Mizner Blvd
Ste 720
Boca Raton, FL 33432
561-750-3000
Email: amartin@rgrdlaw.com

Arthur L. Shingler , III
**Robbins Geller Rudman & Dowd, LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: ashingler@rgrdlaw.com


Hammons P. Hepner
**Sharp Law, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
913-901-0505
Email: hhepner@midwest-law.com

Isaac L. Diel
**Sharp Law, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
913-661-9931
Fax: 913-901-0419
Email: idiel@midwest-law.com

Mark J. Dearman
**Robbins Geller Rudman & Dowd LLP**
225 NE Mizner Blvd
Ste 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: mdearman@rgrdlaw.com

| *Wendelken Farms, LC v. Koch Fertilizer, LLC, et al.*<br>No. 2:26-cv-02164 (D. Kan.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Stuart A. Davidson<br>**Robbins Geller Rudman & Dowd, LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: sdavidson@rgrdlaw.com<br><br>Rex A. Sharp<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Fax: 913-901-0419<br>Email: rsharp@midwest-law.com | |

| *Davis Ehrsam Farms LLC v. Koch Fertilizer, LLC et al*<br>No. 2:26-cv-02175-JAR-GEB (D. Kan.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| David J. Rebein<br>**Rebein Brothers PA**<br>810 Frontview<br>PO Box 1147<br>Dodge City, KS 67801<br>620-227-8126<br>Fax: 620-227-8451<br>Email: david@rbr3.com<br><br>Hammons P. Hepner<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Email: hhepner@midwest-law.com<br><br>Isaac L. Diel<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-661-9931 | |

| *Davis Ehrsam Farms LLC v. Koch Fertilizer, LLC et al*<br>No. 2:26-cv-02175-JAR-GEB (D. Kan.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Fax: 913-901-0419<br>Email: idiel@midwest-law.com<br><br>Pablo H. Mose<br>**Rebein Brothers PA**<br>810 Frontview<br>PO Box 1147<br>Dodge City, KS 67801<br>620-227-8126<br>Fax: 620-227-8451<br>Email: pablo@rbr3.com<br><br>Rex A. Sharp<br>**Sharp Law, LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Fax: 913-901-0419<br>Email: rsharp@midwest-law.com | |


| *Carroll v. Nutrien LTD, et al.*<br>No. 1:26-cv-03745 (N.D. Ill.) | |
| --- | --- |
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Joseph Charles Bourne<br>**Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>Fax: Not a member<br>Email: jcbourne@locklaw.com | |

12

| *Carroll v. Nutrien LTD, et al.*<br>No. 1:26-cv-03745 (N.D. Ill.) | |
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Kyle Pozan<br>**Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue S<br>1165 N Clark Street<br>Suite 700<br>Chicago, IL 60610<br>312-470-4333<br>Fax: 612-339-0981<br>Email: kjpozan@locklaw.com<br><br>Heidi M. Silton<br>**Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>Email: hmsilton@locklaw.com | |

| *Polifka, et al. v. The Mosaic Company, et al.*<br>No. 2:26-cv-02179 (D. Kan.) | |
|---|---|
| **Plaintiffs' Counsel** | **Defendants' Counsel** |
| Patrick J. Stueve<br>**Stueve Siegel Hanson, LLP - KC**<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>816-714-7110<br>Email: stueve@stuevesiegel.com | |

| *Samuelson v. The Mosaic Company, et al.*<br>No. 3:26-cv-02970 (N.D. Cal.) | |
|---|---|
| **Plaintiffs' Counsel** | **Defendants' Counsel** |
| Adam J. Zapala<br>Cotchett Pitre & McCarthy LLP<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>Email: azapala@cpmlegal.com | |

13