# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 3187    & Title - **IN RE**:  NPK Fertilizer Anitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant, The Fertilizer Institute

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See Attached List.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 04/17/2026 | /s/ Peter G. Siachos |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Peter G. Siachos
677 King Street, Suite 450
Charleston, SC 29403

Telephone No.: (843) 714-2505        Fax No.: (843) 804-4691

Email Address: psiachos@grsm.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | MDL 3187 |
|---|---|

**Schedule A: Parties Represented**

| Plaintiff/Defendant | Party Name |
|---|---|
| Defendant | The Fertilizer Institute |

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | **MDL 3187** |

## Schedule B: Schedule of Actions

| Case Caption | Court | Case No. |
|---|---|---|
| IIHAB Partnership v. Nutrien LTD et al | Western District of Missouri (Kansas City) | 4:26-cv-00221-DGK |
| Samuelson v. The Mosaic Company et al | California Northern District (San Jose) | 5:26-cv-02970-NW |
| Brian Miller v. Nutrien LTD et al | Western District of Missouri (St. Joseph) | 5:26-cv-06065-FJG |

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | **MDL 3187** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on all parties in all relevant actions as indicated below.

Date: April 17, 2026

Respectfully submitted,

*/s/ Peter G. Siachos*
Peter G. Siachos (# 7591)
GORDON REES SCULLY MANSUKHANI LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-2505
Facsimile: (843) 804-4691
psiachos@grsm.com
eevans@grsm.com

*Attorneys for Defendant The Fertilizer Institute*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | **MDL 3187** |

**Service List**

| VIA CM/ECF ||
|---|---|
| **Plaintiff's Counsel** | **Defendants' Counsel** |
| Bryan White<br>White Graham Buckley & Carr, LLC<br>19049 East Valley View Parkway<br>Suite C<br>Independence, MO 64055<br>(816) 373-9080<br>Fax: (816) 373-9319<br>Email: bwhite@wagblaw.com | **Nutrien LTD**<br>Steven D. Soden<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550<br>Fax: (816) 421-5547<br>Email: ssoden@shb.com |
| Lindsey E. Graham<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134<br>305-372-1800<br>Email: lgraham@kttlaw.com | Tristan L. Duncan<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550<br>Fax: (816) 421-5547<br>Email: tlduncan@shb.com |
| Benjamin Widlanski<br>Kozyak Tropin & Throckmorton<br>2525 Ponce De Leon Boulevard<br>Ste 9th Floor<br>Miami, FL 33134<br>305-372-1800<br>Fax: 305-372-3508<br>Email: bwidlanski@kttlaw.com | **Defendant Nutrien Ag Solutions**<br>Steven D. Soden<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550<br>Fax: (816) 421-5547<br>Email: ssoden@shb.com |
| Brandon M. Sadowsky<br>2525 Ponce de Leon Blvd.<br>9th Floor<br>Coral Gables, FL 33134<br>305-372-1800<br>Email: bsadowsky@kttlaw.com | Tristan L. Duncan<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550 |

Cadio Zirpoli
Saveri Law Firm, LLP
550 California St
Ste 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: czirpoli@saverilawfirm.com
Clayton Jones
Clayton A. Jones, Attorney at Law
P.O. Box 257
Raymore, MO 64083
816-318-4266
Fax: 816-318-4267
Email: clayton@claytonjoneslaw.com

Diane S. Rice
Saveri Law Firm, LLP
550 California Street
Ste 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: drice@saverilawfirm.com

Gene P. Graham , Jr.
White, Graham, Buckley & Carr, LLC
19049 East Valley View Parkway
Suite C
Independence, MO 64055
(816) 373-9080
Fax: (816)373-9319
Email: ggraham@wagblaw.com

Joseph R. Saveri
Saveri Law Firm, LLP
550 California St.
Suite 910
San Francisco, CA 94104
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com

Adam J. Zapala
Cotchett Pitre & McCarthy LLP

Fax: (816) 421-5547
Email: tlduncan@shb.com

**Defendant The Mosaic Co.**
Mark A. Ford
Wilmer Cutler Pickering Hale & Dorr LLP
(MA)
60 State St.
Boston, MA 02109
(617) 526-6000
Email: mark.ford@wilmerhale.com

Oliver H. Thomas
Lewis Rice LLC-StL
600 Washington Ave.
Ste. 2500
St. Louis, MO 63101
314-444-7711
Fax: 314-612-7711
Email: othomas@lewisrice.com

Winthrop Blackstone Reed , III
Lewis Rice LLC-StL
600 Washington Ave.
Ste. 2500
St. Louis, MO 63101
(314) 444-7617
Fax: (314) 612-7617
Email: wreed@lewisrice.com

**Defendant Mosaic Fertilizer, LLC**
Mark A. Ford
Wilmer Cutler Pickering Hale & Dorr LLP
(MA)
60 State St.
Boston, MA 02109
(617) 526-6000
Email: mark.ford@wilmerhale.com

Oliver H. Thomas
Lewis Rice LLC-StL
600 Washington Ave.
Ste. 2500
St. Louis, MO 63101
314-444-7711
Fax: 314-612-7711

| | |
|---|---|
| 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>Fax: (650) 697-0577<br>Email: azapala@cpmlegal.com<br><br>Christian Santiago Ruano<br>Cotchett Pitre & McCarthy LLP<br>840 Malcolm Rd Ste 200<br>Suite 200<br>Burlingame, CA 94010<br>650-697-6000<br>Email: cruano@cpmlegal.com<br><br>Christopher Frederick Jeu<br>Cotchett Pitre & McCarthy LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br>Email: cjeu@cpmlegal.com<br><br>Elizabeth T. Castillo<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>650-697-6000<br>Fax: 650-697-6340<br>Email: ecastillo@cpmlegal.com<br><br>Lauren A. Devens<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road<br>Burlingame, CA 94101<br>650-697-6000<br>Email: ldevens@cpmlegal.com<br><br>Leland M. Shurin<br>Shaffer Lombardo Shurin<br>2001 Wyandotte Street<br>Kansas City, MO 64108<br>(816) 931-0500<br>Fax: (816) 931-5775<br>Email: lshurin@sls-law.com<br><br>Tim LaComb<br>Mogin Law LLP | Email: othomas@lewisrice.com<br><br>Winthrop Blackstone Reed , III<br>Lewis Rice LLC-StL<br>600 Washington Ave.<br>Ste. 2500<br>St. Louis, MO 63101<br>(314) 444-7617<br>Fax: (314) 612-7617<br>Email: wreed@lewisrice.com<br><br>**Defendant CF Industries Holdings, Inc.**<br>**Defendant CF Industries, Inc.**<br>**Defendant CF Industries Nitrogen, LLC**<br>Christa C. Cottrell, P.C.<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone (312) 862-2000<br>Facsimile: (312) 862-2200<br>ccottrell@kirkland.com<br><br>**Defendant Koch Industries, LLC**<br>Sean William Colligan<br>Stinson LLP - KC 2900<br>1201 Walnut St.<br>Ste. 2900<br>Kansas City, MO 64106<br>(816) 842-8600<br>Fax: (816)412-8115<br>Email: sean.colligan@stinson.com<br><br>**Defendant Koch Ag & Energy Solutions, LLC**<br>Sean William Colligan<br>Stinson LLP - KC 2900<br>1201 Walnut St.<br>Ste. 2900<br>Kansas City, MO 64106<br>(816) 842-8600<br>Fax: (816)412-8115<br>Email: sean.colligan@stinson.com<br><br>**Defendant Koch Fertilizer Wever, LLC**<br>Sean William Colligan<br>Stinson LLP - KC 2900 |

4225 Executive Square, Suite 600
La Jolla, CA 92037
619-798-5362
Email: tlacomb@moginlawllp.com
LEAD ATTORNEY

Richard F. Lombardo
Shaffer Lombardo Shurin
2001 Wyandotte Street
Kansas City, MO 64108
(816)931-0500
Fax: (816) 931-5775
Email: rlombardo@sls-law.com

Daniel Mogin
Mogin Law LLP
4225 Executive Square, Suite 600
La Jolla, CA 92037
619-798-5333
Email: dmogin@moginlawllp.com

1201 Walnut St.
Ste. 2900
Kansas City, MO 64106
(816) 842-8600
Fax: (816)412-8115
Email: sean.colligan@stinson.com

**Defendant Koch Agronomic Services, LLC**
Sean William Colligan
Stinson LLP - KC 2900
1201 Walnut St.
Ste. 2900
Kansas City, MO 64106
(816) 842-8600
Fax: (816)412-8115
Email: sean.colligan@stinson.com

**Defendant Koch Fertilizer, LLC**
Sean William Colligan
Stinson LLP - KC 2900
1201 Walnut St.
Ste. 2900
Kansas City, MO 64106
(816) 842-8600
Fax: (816)412-8115
Email: sean.colligan@stinson.com

**Defendant Yara North America, INC.**
James Aaron Craig
Graves Garrett Greim
1100 Main Street
Suite 2700
Kansas City, MO 64105
417-880-8506
Email: acraig@gravesgarrett.com

Nathan F. Garrett
Graves Garrett Greim
1100 Main Street
Suite 2700
Kansas City, MO 64105
816-256-3181
Email: ngarrett@gravesgarrett.com

Eitan Berkowitz
Freshfields US LLP

| | |
|---|---|
| | One Bush Street<br>17th Floor<br>San Francisco, CA 94104<br>415-400-2138<br>Email: tani.berkowitz@freshfields.com<br><br>Heather Lamberg<br>Freshfields US LLP<br>700 13th Street NW<br>Ste 10th Floor<br>Washington D.C., DC 20005<br>202-777-4500<br>Email: heather.lamberg@freshfields.com<br><br>**Defendant Canpotex LTD.**<br>James W. Grice<br>Akerman LLP<br>2001 Ross Avenue<br>Ste 3600<br>Dallas, TX 75201<br>816-820-6624<br>Email: james.grice@akerman.com |

| VIA U.S. FIRST CLASS MAIL Counsel has not yet appeared in the JPML for the below parties | |
| --- | --- |
| **Defendant Yara International ASA** | YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277 |
| **Defendant International Fertilizer Association** | INTERNATIONAL FERTILIZER ASSOCIATION<br>c/o Chair of the Association, Kenenth Seitz<br>Confederation House<br>East of England Showground Peterborough<br>Cambridgeshire PE2 6XE, United Kingdom |